1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IRA GORDON,                                    No.  2:15-cv-1316 DAD P

12                   Petitioner,

13         v.                                        ORDER

14   T. VIRGA,

15                   Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

20          By order filed June 30, 2015, the undersigned directed petitioner to either submit the

21   appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing

22   fee.  (ECF No. 3.)  On August 3, 2015, petitioner filed a document with the court entitled "Trust

23   Account Withdrawal Order," on form CDC-193, dated July 2, 2015.  (ECF No. 5.)  That

24   document appears to direct the withdrawal of $5.00 from petitioner's prison trust account and the

25   mailing of a check in that amount to this court on petitioner's behalf.  However, as of September

26   8, 2015, the court had not received any funds bearing petitioner's name.

27          Petitioner will be given one final opportunity to either submit the appropriate affidavit in

28   support of a request to proceed in forma pauperis or the appropriate filing fee.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

3  form used by this district.

4    2.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

5  support of his request to proceed in forma pauperis or the appropriate filing fee.  Petitioner's

6  failure to comply with this order will result in a recommendation that this action be dismissed.

7  Dated:  September 8, 2015

8

9                                                    _____

                                                     DALE A. DROZD

10                                                   UNITED STATES MAGISTRATE JUDGE

DAD:10

11  gord1316.101a.2nd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2